IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OLENA MANKO,

    Petitioner,

v.                                    No. 2:26-cv-00749-KG-KRS

MARY DE ANDA-YBARRA, et al.,

    Respondents.

## ORDER

Before the Court is the Government's Motion to Amend the Court's April 9, 2026, Order. *See* Doc. 11.  The Government has demonstrated that Petitioner's removal to Ukraine is reasonably foreseeable and imminent.  *See* Doc. 11 at 1–2.  Therefore, the Court grants the motion in part, subject to the following limitations.

The Department of Homeland Security ("DHS") may direct Petitioner to appear to effectuate her removal to Ukraine.  DHS may arrest and briefly detain Petitioner if she fails to comply.  DHS' authority to detain is strictly limited to carrying out Petitioner's removal to Ukraine. If it fails to remove Petitioner by April 30, 2026, it must release her under the terms of the Court's prior Order.  *See* Doc. 9.  In that event, DHS may not rearrest or redetain Petitioner without further authorization from this Court.

By May 7, 2026, the Government must file a status report informing the Court that it has either removed Petitioner or released her in accordance with this Order.

                    /s/Kenneth J. Gonzales
                    CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.